# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN WILBERT,<br><br>Defendant. | Case No. 24-CR-238-4-JPS<br><br>**ORDER** |

In December 2024, the grand jury returned a six-count Indictment in which Defendant Brian Wilbert ("Defendant") was charged in two counts with drug offenses. ECF No. 3. On September 25, 2026, the Government filed a single-count Information charging Defendant with violating 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 841(b)(1)(D) and 846, and 18 U.S.C. § 2(a). ECF No. 71. The same day, the parties filed a plea agreement indicating that Defendant would plead guilty to the single count in the Information, with the Government to move to dismiss the Indictment at the time of sentencing. ECF No. 76.

The parties appeared before Magistrate Judge Nancy Joseph on October 20, 2026 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 81. Defendant entered a plea of guilty as the single count in the Information. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an

independent factual basis containing each of the essential elements of the offense. *Id*.

The same day, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 83. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation, ECF No. 83, be and the same is hereby **ADOPTED.**

Dated at Milwaukee, Wisconsin, this 4th day of November, 2026.

BY THE COURT:



J. P. Stadtmueller
U.S. District Judge